CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

LISA GILLIAM _____ Plaintiff

"X" the court for filing:
[x] Superior Court [ ] District Court
County: KENNEBEC
Location (Town): Augusta

V.

TRACTOR SUPPLY COMPANY _____ Defendant
10 JFK Plaza _____ Address
Waterville, ME 04901

Docket No.: CV-2024-

C/O CT Corporation System Agent

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the [ ] District [x] Superior Court, which holds sessions at (street address) One Court Street _____, in the Town/City of Augusta _____, County of ____ KENNEBEC ____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of [ ] District [x] Superior Court, One Court St, STE 101 _____, Augusta _____, Maine 04330 _____
(Mailing Address) (Town, City) (Zip)
before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (mm/dd/yyyy): 01/09/2024
Michael J. Welch, Esq.
3182
Hardy Wolf & Downing
PO Box 3065, Lewiston, ME 04243-3065
207-784-1589
mwelch@hardywolf.com

([x] Attorney for) Plaintiff
Bar # (if applicable)
Address
Telephone/Email

(Seal of Court)

_____ Clerk

HARRY MCKENNEY
Chief Civil Deputy
KENNEBEC COUNTY
Sheriff's Office
JAN 1 6 2024

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreter@courts.maine.gov.

**MAINE JUDICIAL BRANCH**

STATE OF MAINE

_____ County

On (date) _____, I served the Complaint (and Summons, and <u>Notice Regarding Electronic Service</u>) upon Defendant _____ by delivering a copy of the same at the following address: _____

☐ to the above-named Defendant in hand.

☐ to (name) _____, a person of suitable age and discretion who was then residing at Defendant's usual residence.

☐ to (name) _____, who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____
_____
_____

Date (mm/dd/yyyy): _____     ▶ _____
                                              Deputy Sheriff Signature

                                              _____
                                              Printed Name

                                              _____
                                              Agency

**Costs of Service:**

Service:   $ _____
Travel:    $ _____
Postage:   $ _____
Other:     $ _____

**Total**    $ _____



**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-030, Rev. 07/18          Page 2 of 2                          www.courts.maine.gov
Summons

| | |
|---|---|
| STATE OF MAINE<br>Kennebec, SS | SUPERIOR COURT<br>CIVIL ACTION<br>DOCKET NO.: AUGSC-CV-2024- |

| | |
|---|---|
| LISA GILLIAM,<br>of Pittston, County of Kennebec,<br>State of Maine,<br>        Plaintiff<br><br>VS.<br><br>TRACTOR SUPPLY COMPANY,<br>a foreign business corporation doing<br>business in Waterville, County of<br>Kennebec, State of Maine,<br>        Defendant | <br><br><br><br><br>COMPLAINT |

NOW COMES the Plaintiff, by and through her attorney, and complains against the Defendant as follows:

### COUNT I

1. Plaintiff, Lisa Gilliam, is a resident of Pittston, County of Kennebec, State of Maine.

2. Defendant, Tractor Supply Company, is a foreign business corporation doing business in Waterville, County of Kennebec, State of Maine.

3. On or about July 21, 2020, Plaintiff Lisa Gilliam was lawfully on the premises at certain real property owned, occupied, and/or maintained by the Defendant at 10 JFK Plaza in Waterville, County of Kennebec, State of Maine.

4. At said time and place, Defendant owed Plaintiff Lisa Gilliam the duty to properly maintain said property.

5. As a direct and proximate result of the negligence of the Defendant's agent, servant or employee aforesaid, Plaintiff Lisa Gilliam tripped on a pallet and fell, causing serious injuries to and otherwise greatly injuring the plaintiff in mind and body.

6. Said injuries caused great pain and suffering and mental anguish to Plaintiff requiring hospitalization and medical treatment for which Plaintiff is liable financially, have caused her loss of enjoyment of life, loss of earnings, and loss of earning capacity, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

WHEREFORE, Plaintiff Lisa Gilliam prays judgment that is reasonable against Defendant Tractor Supply Company on this Count I, plus interests and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT II

7. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 6 and incorporates the same herein by reference.

8. Defendant owed Plaintiff the duty of exercising reasonable care to provide premises which she was invited to use or which she could be reasonably expected to use, that were reasonably safe for her use.

9. Defendant breached its said duty to provide reasonably safe premises, as a direct and proximate result of which Plaintiff Lisa Gilliam sustained the aforesaid serious injuries.

WHEREFORE, Plaintiff Lisa Gilliam prays judgment that is reasonable against Defendant Tractor Supply Company on this Count II, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT III

10. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 9 and incorporates the same herein by reference.

11. Defendant owed Plaintiff the duty to warn of dangerous conditions that Defendant knew or should have known of, existing on premises reasonably expected to be used by Plaintiff.

12. Defendant breached its said duty to warn of the dangerous condition, as a direct and proximate result of which Plaintiff Lisa Gilliam sustained the aforesaid serious injuries.

13. Defendant was further negligent in failing to warn, instruct, label or otherwise adequately inform the public of the dangerous and defective nature of the premises.

WHEREFORE, Plaintiff Lisa Gilliam prays judgment that is reasonable against Defendant Tractor Supply Company on this Count III, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

## COUNT IV

14. Plaintiff repeats and realleges the allegations contained in Paragraphs 1 through 13 and incorporates the same herein by reference.

15. Defendant owed Plaintiff the duty to conduct inspections of the Premises so as to discover dangerous conditions and/or any latent defects thereon, and to take appropriate corrective measure with respect thereto.

16. Defendant breached its duty to Plaintiff by negligently failing to conduct an inspection of the Premises, thereby allowing a dangerous and/or latent defect to exist on the Premises for a prolonged and unreasonable period of time.

17. As a direct and proximate result of Defendant's negligence, Plaintiff Lisa Gilliam encountered a dangerous and/or latent condition on the Premises, thereby sustaining the aforesaid serious injuries.

WHEREFORE, Plaintiff Lisa Gilliam prays judgment that is reasonable against Defendant Tractor Supply Company on this Count IV, plus interest and costs. The plaintiff further requests that the defendant maintain the premises as required by law, any regulation, code or lease.

DATED at Lewiston, Maine, this 9th day of January, 2024.

/s/ Michael J. Welch, Esq.
Michael J. Welch, Esq.
Bar No.: 3182
Attorney for the Plaintiff
Hardy Wolf & Downing, PA
PO Box 3065
Lewiston, ME  04243-3065
207-784-1589
email: mwelch@hardywolf.com

**MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*

☒ Lisa Gilliam _____ Plaintiff/Petitioner

V.

Tractor Supply Company _____ Defendant/Respondent

_____ Other Party

*"X" the court for filing:*

☐ Superior Court ☐ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court

County: Kennebec
Location (Town): Augusta
Docket No.: AUGSC-CV-2024-

**OR**

☐ IN RE: _____

### NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES**: All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN**: *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to allow other parties to serve you by sending documents electronically to your designated email address.

> **PLEASE NOTE:** Any electronic service that you opt into applies only to papers served on you by other parties. It does not apply to documents that are sent to you by the court or documents that you file with the court.
>
> **Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

<u>If you choose not to opt in, you do not need to do anything</u>. If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. <u>Do not file this form with the Court</u>.

☐ **Electronic Receipt**: I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:

☐ I have a trusted email account and I have daily access to this account;
☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
☐ This email account has available electronic storage of at least 1 gigabyte;
☐ This email account accepts emails with attachments of up to 10 megabytes; and
☐ I will be able to maintain this email account throughout this case.

Date (*mm/dd/yyyy*): _____   ▶ _____
Signature of Self-Represented Party
*(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

Print name: _____
Print email address: _____

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, <u>accessibility@courts.maine.gov</u>, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or <u>interpreters@courts.maine.gov</u>.